```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
```

FILED
DEC 0 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00683 HRL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER FOR SUMMONS |
| GLENN LEWIS LEICY, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of AUSA Susan Knight, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Glenn Leicy appear on December 15, 2005 at 9:30 a.m. before the Honorable Richard Seeborg to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 11/30/05

Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER FOR SUMMONS