1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (CSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,    ) No. CR 05-00683 HRL
   |                              )
14 |       Plaintiff,              )
   |                              ) STIPULATION AND [PROPOSED]
15 |    v.                         ) ORDER CONTINUING INITIAL
   |                              ) APPEARANCE DATE
16 | GLENN LEWIS LEICY,            )
   |                              )
17 |       Defendant.              ) SAN JOSE VENUE
   |                              )
18 |_____)

19

20     The above-referenced matter is currently scheduled for December 15, 2005 at 9:30 a.m. for

21 an initial appearance. Because the defendant resides in Atlanta, Georgia and needs additional

22 time to travel to the Northern District of California, the undersigned parties jointly request that

23 the initial appearance be continued from December 15, 2005 to January 26, 2006 at 9:30 a.m.

24 SO STIPULATED:          KEVIN V. RYAN
                          United States Attorney
25

26 DATED:_____           _____/s/_____
                                SUSAN KNIGHT
27                              Assistant United States Attorney

28

STIPULATION AND [PROPOSED] ORDER
No. CR 05-00683 HRL                          1

1  DATED:_____         /s/_____
2                              ANGELA HANSEN
                               Assistant Federal Public Defender
3
4    Accordingly, the Court HEREBY ORDERS that the initial appearance is continued to
5    January 26, 2006 at 9:30 a.m. before the Honorable Judge Trumbull.
6    SO ORDERED.
7
8    DATED: 12/16/05            _____
                                RICHARD SEEBORG
9                               United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER           2
No. CR 05-00683 HRL